IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>LAKE, RANDALL<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-76033 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on <u>10/11/05</u>. The Trustee was appointed on 10/11/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of November 5, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 30,000.00 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 22,196.22 |
| c. | NET CASH available for distribution | $ | 7,803.78 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 2,894.00 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 1,598.00 |

  e. Illinois Income Tax for Estate (See Exhibit G)  $  0.00

5. The Bar Date for filing unsecured claims expired on 11/30/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 4,492.00 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 16,087.87 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 20.59% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $11,201.64 to Clark, Justen & Zucchi, Ltd. special counsel for Trustee ($10,000.00 attorney fees; $1,201.64 expenses); Northern Illinois Imaging - $851.86; EE EMPI $57.43; MetLife - $1,525.29; Randall Lake - $8,560.00 (exemption to Debtor) for a total of $22,196.22, pursuant to Court Order of October 24, 2007. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,598.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,598.00.

9. A fee of $850.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   November 5, 2007            /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY
                                    6833 STALTER DRIVE
                                    ROCKFORD, IL 61108
                                    (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
LAKE, RANDALL

CASE NO. 05-76033 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,492.00 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 3,311.78 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 7,803.78 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $4,492.00 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Attorney Stephen G. Balsley, Trustee | 2,894.00 | 2,894.00 |
| | Stephen G. Balsley, Attorney for Trustee | 1,598.00 | 1,598.00 |
| | TOTAL | $ | 4,492.00 |

d. $3,311.78 for general unsecured creditors who have filed claims allowed in the total amount of $16,087.87, yielding a dividend of 20.59%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $16,087.87 | 20.59% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 2,388.33 | 491.65 |
| 2 | eCAST Settlement Corporation | 437.44 | 90.05 |
| 3 | Kohl's Department Store | 402.67 | 82.89 |
| 4 | Chase Bank USA, N.A. | 5,395.13 | 1,110.62 |
| 5 | Chase Bank USA, N.A. | 5,025.81 | 1,034.59 |
| 6 | Citibank (South Dakota), N.A. - Citibank/CHOICE | 2,438.49 | 501.98 |
| | TOTAL | $ | 3,311.78 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   November 2, 2007          /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Attorney Stephen G. Balsley, Trustee | $ 0.00 | $ 2,894.00 | $ 2,894.00 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,598.00 | $ 1,598.00 |
| **TOTALS** | $ **0.00** | $ **4,492.00** | $ **4,492.00** |

## EXHIBIT A

## TASKS PERFORMED

## RANDALL LAKE
## CHAPTER 7 BANKRUPTCY CASE NO. 05-76033

---

The only asset administered in this case was a personal injury claim of the Debtor. The Trustee retained the services of Kevin J. Frost and the law firm of Clark, Justen & Zucchi, Ltd. to pursue the claim. The claim was settled pursuant to the Court Order authorizing a compromise on October 24, 2007. The Trustee reviewed and objected to the exemptions of the Debtor in the personal injury claim, which Objection was sustained and the amount of the exemption set at $8,560.00 pursuant to the Court Order of October 31, 2007.

The Trustee has reviewed the claims filed in this case. The Trustee has determined that no tax returns are necessary to be filed for this bankruptcy estate.

SGB:vcg

**EXHIBIT B**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-76033 MB  
**Case Name:** LAKE, RANDALL  
**Period Ending:** 11/02/07  

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/11/05 (f)  
**§341(a) Meeting Date:** 11/30/05  
**Claims Bar Date:** 11/30/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - AMCORE Bank | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account for son - AMCORE Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | Fedex 401(k) | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Town & Country Van | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Personal injury lawsuit | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$44,840.00** | **$30,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2006      **Current Projected Date Of Final Report (TFR):** November 5, 2007 (Actual)

Printed: 11/02/2007 11:11 AM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-76033 MB
**Case Name:** LAKE, RANDALL

**Taxpayer ID #:** 13-7580787
**Period Ending:** 11/02/07

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****73-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | {8} | Pekin Insurance | Proceeds from settlement | 1142-000 | 30,000.00 | | 30,000.00 |
| 11/02/07 | | To Account #********7366 | Transfer funds to pay special counsel fees, medical liens and exemption to Debtor | 9999-000 | | 22,196.22 | 7,803.78 |
| | | | **ACCOUNT TOTALS** | | 30,000.00 | 22,196.22 | $7,803.78 |
| | | | Less: Bank Transfers | | 0.00 | 22,196.22 | |
| | | | **Subtotal** | | 30,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/02/2007 11:11 AM    V.9.55

EXHIBIT
d

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-76033 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | LAKE, RANDALL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****73-66 - Checking Account |
| Taxpayer ID #: | 13-7580787 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/02/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/07 | | From Account #********7365 | Transfer funds to pay special counsel fees, medical liens and exemption to Debtor | 9999-000 | 22,196.22 | | 22,196.22 |
| 11/02/07 | 101 | Clark, Justen & Zucchi, Ltd. | Attorney fees for special counsel | 3210-600 | | 10,000.00 | 12,196.22 |
| 11/02/07 | 102 | Clark, Justen & Zucchi, Ltd. | Expenses for special counsel | 3220-610 | | 1,201.64 | 10,994.58 |
| 11/02/07 | 103 | Northern Illinois Imaging | Medical lien | 4220-000 | | 851.86 | 10,142.72 |
| 11/02/07 | 104 | EE EMPI | Medical lien | 4220-000 | | 57.43 | 10,085.29 |
| 11/02/07 | 105 | MetLife | Medical lien | 4220-000 | | 1,525.29 | 8,560.00 |
| 11/02/07 | 106 | Randall Lake | Exemption to Debtor | 8100-002 | | 8,560.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,196.22 | 22,196.22 | $0.00 |
| | | | Less: Bank Transfers | | 22,196.22 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,196.22 | |
| | | | Less: Payments to Debtors | | | 8,560.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,636.22** | |

{} Asset reference(s)                                        Printed: 11/02/2007 11:11 AM        V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-76033 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | LAKE, RANDALL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*73-66 - Checking Account |
| Taxpayer ID #: | 13-7580787 | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 11/02/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*73-65 | 30,000.00 | 0.00 | 7,803.78 |
| Checking # \*\*\*-\*\*\*\*\*73-66 | 0.00 | 13,636.22 | 0.00 |
| | $30,000.00 | $13,636.22 | $7,803.78 |

{} Asset reference(s)

Printed: 11/02/2007 11:11 AM   V.9.55