Case Name:   RANDALL LAKE
Case No:     05-76033

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 12/6/07           WILLIAM T. NEARY
                             United States Trustee, Region 11

                          BY:   __/s/_____
                                 Carole J. Ryczek
                                 Attorney for the U.S. Trustee