IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
LAKE, RANDALL

CASE NO. 05-76033 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3173

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 115
           Rockford, IL 61101

    on:    December 27, 2007
    at:    1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Attorney Stephen G. Balsley Trustee | $ 0.00 | $ 2,894.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,598.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $      30,000.00

    b. Disbursements                         $      22,196.22

    c. Net Cash Available for Distribution   $       7,803.78

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,311.78, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $16,087.87, resulting in an approximate distribution of 20.59% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                            Respectfully submitted,

DATE:    November 5, 2007           /s/Stephen G. Balsley
                                              STEPHEN G. BALSLEY
                                              6833 Stalter Drive
                                              Rockford, IL  61108
                                              815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6033   Doc 36   Filed 12/07/07   Entered 12/09/07 23:34:59   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cshabez                Page 1 of 1           Date Rcvd: Dec 07, 2007
Case: 05-76033                  Form ID: pdf002              Total Served: 26
```

The following entities were served by first class mail on Dec 09, 2007.
```
db           +Randall Lake,    255 E. Wilson Ave,    Machesney Park, IL 61115-2364
aty          +Laura L. McGarragan,    McGarragan Law Offices,    1004 N Main Street,    Rockford, IL 61103-9630
aty          +S. Michael McGarragan,    1004 North Main St,    Rockford, IL 61103-9630
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
10082919      Amcore,    PO Box 358,    Beloit, WI 53512-0358
10082920      Bank of America Card,    P.O. Box 1758,    Newark, NJ 07101-1758
10082921     +Brookside Clinic,    Swedish American Group,    1215 North Alpine Road,    Rockford, IL 61107-2201
10082922      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
10919107     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10082923      Citi Cards,    PO Box 688906,    Des Moines, IA 50368-8906
10971746      Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10082924     +Deron R. Benson,    401 W. State St, Suite 800,    Rockford, IL 61101-1220
10082925      HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
10082926      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
10918008     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10082927     +Monson Chiropractic Clinic,    3779 North Alpine Road,    Rockford, IL 61114-4807
10082928      Northern Illinois Imaging,    PO Box 1733,    Rockford, IL 61110-0233
10082929     +OSF Outpatient Rehab Center,    5510 East State St,    Rockford, IL 61108-2381
10082930     +OSF St. Anthony Medical Center,    5666 E. State Street,    Rockford, IL 61108-2472
10082931     +Radiology Consultants of Rockford,    PO Box 4542,    Rockford, IL 61110-4542
10897753     +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10082932     +Swedish American,    1401 East State St,    Rockford, IL 61104-2298
10082934      Walmart,    PO Box 960023,    Orlando, FL 32896-0023
10917721      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
10917794     +eCast Settlement Corp,    HSBC Bank Nevada NA,    HSBC Card Services,    POB 35480,
               Newark, NJ 07193-5480
```

The following entities were served by electronic transmission on Dec 08, 2007.
```
10082933     +Fax: 866-419-3894 Dec 08 2007 04:13:33      US Cellular,    PO Box 0203,    Palatine, IL 60055-0001
                                                                                                 TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2007**           **Signature:**   *Joseph Speetjens*